Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff
Kimberly Elizabeth Mix

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY ELIZABETH MIX, | Case No.: 3:24-cv-00387-CLB |
| Plaintiff, | ORDER GRANTING REQUEST FOR ENTRY OF JUDGMENT |
| vs. | |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CARLA BALDWIN, UNITED STATES MAGISTRATE JUDGE:

1    On March 26, 2025, this court granted Plaintiff Kimberly Mix's motion for
2    remand. ECF No. 17. Request is now made that this court direct the clerk to enter
3    judgment in accordance with the order of remand.
4    DATE: April 9, 2025          Respectfully submitted,
5                                 LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC
6                                      /s/  *Marc V. Kalagian*
                                  BY: _____
7                                      Marc V. Kalagian
                                       Attorney for plaintiff Kimberly Elizabeth Mix
8
9    **IT IS SO ORDERED.**
10   **DATED:** April 9, 2025
11
12                                                            _____
13                                                            UNITED STATES MAGISTRATE JUDGE

-2-